SARAH MOORE, as Administratrix of the Estate of THOMAS T. MOORE, Deceased, Respondent, *v.* THE CITY OF NEW YORK, Appellant.

(Argued December 4, 1929; decided January 7, 1930.)

*Arthur J. W. Hilly,* Corporation Counsel (*Vine H. Smith, Matthew J. Troy* and *J. Joseph Lilly* of counsel), for appellant.

*Lester Hand Jayne* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.